# KATZMELINGER

280 MADISON AVENUE, SUITE 600
NEW YORK, NEW YORK 10016
www.katzmelinger.com

Nicole Grunfeld                                                      t: 212. 460.0047
Katz Melinger PLLC                                                  f : 212. 428.6811
                                                        ndgrunfeld@katzmelinger.com

July 29, 2015

**Via ECF (without enclosures) and Overnight Courier**
Magistrate Judge Frank Maas
United States District Court
500 Pearl St.
New York, NY 10007-1312

Re:     *Siles v. BA Victory Corp., et al.*
        Index No: 14 Civ. 1904(LTS)(FM)

Dear Judge Maas:

        We are attorneys for Defendants in the above referenced matter, and write jointly
with Plaintiff's counsel to provide an update on the status of this matter. This matter has
been resolved, and the parties will file a discontinuance. The parties will also submit a
consent for Your Honor to hear and determine this matter, and to that end are submitting a
hard copy of the confidential settlement agreement for the Court to review and approve
without publishing the confidential agreement or its terms.

        Please contact our office with any questions.

                                                        Respectfully submitted,

                                                        */Nicole Grunfeld/*

                                                        Nicole Grunfeld

Cc:     All counsel (via ECF)

Enclosures (via overnight courier only)